# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

VALLEY LO CLUB ASSOCIATION, INC. d/b/a VALLEY LO CLUB, and all others similarly situated,

Plaintiff(s),

v.

THE CINCINNATI INSURANCE COMPANY,

Defendant(s).

Case No. 20 C 4790
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes  pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) The Cincinnati Insurance Company.
and against plaintiff(s) Valley Lo Club Association, Inc. *and all others similarly situated doing business as* Valley Lo Club

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date: 7/6/2022

Thomas G. Bruton, Clerk of Court

Analeah Charles, Deputy Clerk